UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **TALON PRODUCTS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Cause No.  3:24-cv-00886-HAB-SLC |
| | ) |
| **CECO ENVIRONMENTAL CORP.,** | ) |
| *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**OPINION AND ORDER**

On October 31, 2024, Plaintiff Talon Products, LLC, filed a complaint in this Court against Defendants, alleging diversity of citizenship as the basis for jurisdiction under 28 U.S.C. § 1332. (ECF 1). Subject matter jurisdiction is the first issue that must be addressed, *Baker v. IBP, Inc.*, 357 F.3d 685, 687 (7th Cir. 2004), and thus, the Court raises the issue *sua sponte*, pursuant to Federal Rule of Civil Procedure 12(h)(3).

Plaintiff's allegations in the complaint about its own citizenship are inadequate to establish diversity jurisdiction. (*See* ECF 1 ¶ 17). The citizenship of a limited liability company (LLC) "for purposes of . . . diversity jurisdiction is the citizenship of its members." *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998). Here, Plaintiff conclusorily alleges that "[i]ts members are citizens of Indiana and Florida." (ECF 1 ¶ 17). But the Court must be advised of the *identity* and citizenship of each member of an LLC for purposes of diversity jurisdiction. *See Thomas v. Guardsmark, LLC*, 487 F.3d 531, 533 (7th Cir. 2007) ("[A] naked declaration that there is diversity of citizenship is never sufficient."). For any member who is an unincorporated association such as an LLC or partnership, Plaintiff must trace the member's citizenship through

all applicable layers of ownership to ensure that no member shares a common citizenship with any Defendant. *See Mut. Assignment & Indem. Co. v. Lind-Waldock & Co., LLC*, 364 F.3d 858, 861 (7th Cir. 2004).

For this reason, Plaintiff is AFFORDED to and including November 11, 2024, to file a supplemental jurisdiction statement that adequately alleges its own citizenship. *See Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997) (stating that the party seeking to invoke federal diversity jurisdiction bears the burden of demonstrating that the requirement of complete diversity has been met).

SO ORDERED.

Entered this 4th day of November 2024.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge